IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-57-GCM

BRIAN ALBRIGHT,
on behalf of Amy Albright

    Plaintiff,

v.

NANCY A. BERRYHILL

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lindsay F. Osterhout,** filed February 7, 2019 (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Ms. Osterhout is admitted to appear before this court *pro hac vice* on behalf of Defendant, Brian Albright, on behalf of Amy Albrigh.

**IT IS SO ORDERED.**

Signed: February 11, 2019

Graham C. Mullen
United States District Judge